STATE OF NEW JERSEY v. LEE CROWDER.

March 12, 1974. Petition for certification denied.

NICHOLAS J. La ROCCA v. CITY OF UNION CITY.

March 12, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD CLAYTON POWELL.

March 12, 1974. Petition for certification denied.

HUGO GARCIA v. MENDEZ FURNITURE COMPANY.

March 12, 1974. Petition for certification denied.

SIDNEY GLASER, DIRECTOR, DIV. OF TAXATION v. PATRICK DOWNES, JR.

March 12, 1974. Petition for certification denied. (See 126 *N. J. Super.* 10)